Frederick L. PITCHFORD,
Plaintiff–Appellant

v.

EQUAL EMPLOYMENT OPPORTUNI-
TY COMMISSION; Shirley McGee,
employee of EEOC, in personal capac-
ity; Margie Myers, employee of
EEOC, in personal capacity; Wanda
Milton, employee of EEOC, in person-
al capacity, Defendants–Appellees.

No. 12–3553.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 3, 2013.

Filed: May 8, 2013.

Frederick L. Pitchford, Earle, AR, pro
se.

Stacey E. McCord, Assistant U.S. Attor-
ney, U.S. Attorney's Office, Little Rock,
AR, for Defendant-Appellee.

Before MURPHY, SMITH, and
COLLOTON, Circuit Judges.

PER CURIAM.

Frederick Pitchford appeals the district
court's [1] dismissal of his 42 U.S.C. § 1985
complaint. After careful review, we con-
clude that the dismissal was proper for the
reasons stated by the district court. *See*
*Gometz v. Culwell,* 850 F.2d 461, 464 (8th
Cir.1988) (to state § 1985(2) claim, plaintiff
must allege with sufficient particularity

1. The Honorable Brian S. Miller, Chief Judge,
   United States District Court for the Eastern

that parties reached some agreement and
conspired together to deprive plaintiff of
federal right); *Harrison v. Springdale*
*Water & Sewer Comm'n,* 780 F.2d 1422,
1430 (8th Cir.1986) (equal protection provi-
sion of § 1985(3) requires allegation of
class-based animus). Accordingly, we af-
firm. *See* 8th Cir. R. 47B.